UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY REILLEY,<br><br>Defendant. | Case No. 2:17-cr-00053-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JEFFREY REILLEY ,

Case No.  2:17-cr-00053-WBS   Charge 18 USC § 1349 , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   X       Unsecured Appearance Bond $      100,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other):

Issued at Sacramento, California on April 10, 2017 at 2:59 pm.

By: _/s/ Edmund F. Brennan_

Magistrate Judge Edmund F. Brennan