UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 10, 2017
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY REILLEY,<br><br>Defendant. | Case No. 2:17-cr-00053-WBS<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JEFFREY REILLEY__,

Case No. __2:17-cr-00053-WBS__ Charge __18 USC § 1349__, from custody for the following reasons:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

__X__ Unsecured Appearance Bond $ __100,000__

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_____ (Other):

Issued at Sacramento, California on April 10, 2017 at 2:59 pm.

By: _____
Magistrate Judge Edmund F. Brennan