McGREGOR W. SCOTT
United States Attorney
NIRAV K. DESAI
KEVIN C. KHASIGIAN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-053 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIMOTHY CHAPIN, MANUEL AGUEROS, PAUL FOURNIER, ROBERT LAUTENSLAGER, JEFFREY REILLEY, JORGE EGUILUZ, | DATE: May 22, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendants. | |

**STIPULATION**

1. The remaining defendants who have not entered guilty pleas in this case are defendants Jorge Eguiluz and Jeffrey Reilley. By previous order, this matter was set for a status conference as to defendants Eguiluz and Reilley on May 22, 2018.

2. By this stipulation, defendants Eguiluz and Reilley now move to continue the status conference until July 10, 2018 at 9:15 a.m., and to exclude time between May 22, 2018, and July 10, 2018 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

includes documents, financial records, video recordings, audio recordings, transcripts, and native Excel files, Bates-numbered CHAPIN_00000001 through CHAPIN_00019452. All of this discovery has been either produced directly to counsel and/or made available for inspection.

b) Counsel for defendants Eguiluz and Reilley desire additional time to review the discovery and materials produced by the government, review the current charges in light of the discovery and other materials produced by the government, consult with their respective clients, conduct investigation and research related to the pending charges, consider potential resolution, and otherwise prepare for trial. Counsel for Defendant Reilley recently provided a detailed letter to counsel for the government relating to the possible resolution or trial of this case as to his client, which requires further investigation and discussion.

c) Counsel for defendants Eguiluz and Reilley believe that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2018 to July 10, 2018 at 9:15 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 16, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ NIRAV K. DESAI
NIRAV K. DESAI
Assistant United States Attorney

Dated:  May 16, 2018

/s/ Nirav K. Desai for Donald H. Heller
(authorized on May 15, 2018)
DONALD H. HELLER, ESQ.
Counsel for Defendant
JORGE EGUILUZ

Dated:  May 16, 2018

/s/ Nirav K. Desai for Tim Pori
(authorized on May 16, 2018)
TIM PORI, ESQ.
Counsel for Defendant
JEFFREY REILLEY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 17th day of May, 2018.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE