Tim A. Pori (189270)
The Law Office of Tim A. Pori
724 Texas Street
Fairfield, CA 94533
707-427-2800 (Telephone)
707-427-2220 (Fasimilie0

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>JEFFREY REILLEY,<br><br>                  Defendant. | No. 2:17-CR-53 JAM<br><br>**Stipulation and [Proposed] Order for Schedule Change for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report** |

The above-entitled matter is set before this Court on May 7, 2019 @ 9:15 am for sentencing. In order to allow probation and the parties sufficient time to respond probation's anticipated revised presentence report, the parties jointly request that the hearing for judgment and sentence be continued to June 25, 2019 at 9:15 a.m., and that the Court exclude time under the Speedy Trial Act and local Rule T4 between January 22, 2019 and June 25, 2019. The parties hereby STIPULATE and propose the following dates be revised as follows:

| | |
|---|---|
| Date of Referral to Probation Officer: | January 22, 2019<br>(Date of Plea or Verdict) |
| Judgment and Sentencing Date: | June 25, 2019 @ 9:15 A.M.<br>(At least 14 weeks after plea) |
| Reply, or Statement of Non-Opposition: | June 18, 2019<br>(1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | June 11, 2019<br><br>(2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | June 4, 2019<br><br>(3 weeks before sentencing) |

Page | 1  Stipulation and [Proposed] Order for Schedule Change for Disclosure of Presentence Report and for Filing of Objections to the Presentence Report

| Counsel's written objections to the Presentence Report Shall be Disclosed to Counsel no Later Than: | May 28, 2019 (4 weeks before sentencing) |
|---|---|
| Presentence Report Shall be Disclosed to Counsel no Later Than: | May 14, 2019 (6 weeks before sentencing) |

Dated: April 10, 2019         By: /s/ TIM A. PORI
TIM A. PORI
Counsel for JEFFREY REILLEY

Dated: April 10, 2019         By: /s/ KEVIN KHASIGIAN
KEVIN KHASIGIAN
Assistant United States Attorney

ORDER

Based upon the representations of counsel and for good cause shown, IT IS so ORDERED.

DATED: 4/11/2019         /s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
United States District Court Judge