Tim A. Pori (SBN 189270)
LAW OFFICES OF TIM A. PORI
724 Texas Street
Fairfield, CA 94533
Tel: (707) 427-2800
Fax: 427-2220
Attorney for Defendant
JEFFEREY REILLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America., | Case No. No. 2:17-CR-53 JAM |
| Plaintiff, | **STIPULATION AND ORDER RE: EXTENSION OF TIME TO FILE MOTION TO CORECT PRESENTENCE REPORT AND TO CONTINUE SENTENCING** |
| v. | |
| Jeffrey Reilley | |
| Defendant. | |

The above-entitled matter is set before this Court on June 25, 2019 @ 9:15 am for sentencing. In order to permit Mr. Reilley sufficient time to prepare his Motion for Correction of the Presentence Report, the parties jointly request that the hearing for judgment and sentence be continued to July 9, 2019 at 9:15 a.m., and that the Court exclude time under the Speedy Trial Act and local Rule T4 between June 25, 2019 and July 9, 2019.

The parties hereby STIPULATE and propose the that the Mr. Reilley's Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than June 25, 2019 and that Sentencing be continued until July 9, 2019 at 9:15 am.

Dated: June 13, 2019                By: /s/ TIM A. PORI
                                    TIM A. PORI
                                    Counsel for JEFFREY REILLEY

Dated: June 13, 2019                By: /s/ KEVIN KHASIGIAN
                                    KEVIN KHASIGIAN
                                    Assistant United States Attorney

ORDER

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE MOTION TO CORECT PRESENTENCE REPORT AND TO CONTINUE SENTENCING 2:17-CR-53 JAM

1       IT IS HEREBY ORDERED that Mr. Reilley's Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than June 25, 2019 and that Sentencing be continued until July 9, 2019 at 9:15 am.

DATED: June 13, 2019                                /s/ John A. Mendez
                                                                       HONORABLE JOHN A. MENDEZ
                                                                       United States District Court Judge