McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00053-JAM |
| Plaintiff, | STIPULATION & ORDER CONTINUING JUDGMENT AND SENTENCING OF DEFENDANT JEFFREY REILLEY |
| v. | |
| JEFFREY REILLEY, ET AL., | OLD DATE: July 9, 2019 at 9:15 a.m. |
| Defendants. | NEW DATE:  August 13, 2019 at 9:15 a.m. |

**STIPULATION**

1.      By previous order, this matter was set for judgment and sentencing on **July 9, 2019**.

2.      By this stipulation, the United States of America ("government") and defendant Jeffrey Reilley now move to continue the judgment and sentencing until **August 13, 2019, at 9:15 a.m.**, on the basis of the complexity of this case, the parties' efforts to stipulate to a loss figure, and counsel's scheduling conflicts.

3.      The U.S. Probation Officer has been consulted about the proposed judgment and sentencing date and has no objection.

///

///

///

IT IS SO STIPULATED.

Dated: June 27, 2019
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ KEVIN C. KHASIGIAN
                                    KEVIN C. KHASIGIAN
                                    Assistant U.S. Attorney


Dated: June 27, 2019                /s/ Timothy Pori
                                    TIMOTHY PORI
                                    Counsel for Defendant Jeffrey
                                    Reilley

                                    (Authorized by phone)


## ORDER

Upon review and consideration of the stipulation of the government and defendant Jeffrey

Reilley, IT IS HEREBY ORDERED that:

1.      Judgment and sentencing of defendant Jeffrey Reilley is continued to August 13, 2019, at

9:15 a.m.

IT IS SO ORDERED.


DATED:   June 28, 2019

                                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE