JOHN BALAZS, Bar No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299
Fax: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JEFFREY REILLEY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY REILLEY,<br><br>Defendant. | No.  2:17-CR-0053-JAM<br><br>**ORDER TO SEAL DOCUMENTS** |

Upon application of the defendant Jeffrey Reilley, through counsel, and good cause being show as set forth in defendant's notice of request to seal and request to seal,

IT IS HEREBY ORDERED that Exhibits 2A and 2B to defendant's July 16, 2020 motion to reduce sentence shall be SEALED until ordered unsealed by the Court.

Dated:  July 16, 2020                                        /s/ John A. Mendez
                                                                        Hon. John A. Mendez
                                                                        U.S. District Court Judge