```
McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00053-JAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| JEFFREY REILLEY, | |
| Defendant. | |

**STIPULATION**

1. Defendant Jeffrey Reilley filed a motion for compassionate release on July 16, 2020. Docket No. 293. The government's opposition or response is currently due on July 24, 2020. Docket No. 295.

2. Counsel for the defendant does not oppose this request.

2. The parties desire additional time for briefing on defendant's motion. Accordingly, by this stipulation, the parties now move that:

    a) The government's opposition or response to defendant's motion, Docket No. 293, be due on July 31, 2020; and

    b) The defense reply, if any, will be due on August 7, 2020.

IT IS SO STIPULATED.

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: July 21, 2020

                                      */s/ Kevin C. Khasigian*
                                      KEVIN C. KHASIGIAN
                                      Assistant United States Attorney

Dated: July 21, 2020                      /s/ *John Balazs*
                                      JOHN BALAZS
                                      Counsel for Defendant Jeffrey Reilley

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a)    The government's opposition or response to defendant's motion, Docket No. 293, is due on July 31, 2020;

    b)    The defense reply, if any, will be due on August 7, 2020.

IT IS SO ORDERED.

DATED: July 22, 2020

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE